DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of A.M. and N.M., minor children,

M.A.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-1665
_____

December 5, 2025

Appeal from the Circuit Court for Hillsborough County; Daryl M. Manning, Judge.

David A. Dee, Tampa, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, of Statewide Guardian ad Litem Office, Tallahassee; Morgan Patricia Theodore, Morgan P. Theodore Law, PLLC, Miami Beach, for Appellee Statewide Guardian ad Litem Office.

PER CURIAM.

Affirmed.

LUCAS, C.J., and KHOUZAM and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.